UNITED STATES DISTRICT COURT
for
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Docket No. 4:11-CR-12-5H

UNITED STATES OF AMERICA

v.

OMAR M. NIJIM

ORDER MODIFYING
CONDITIONS OF RELEASE

This case comes before the court on the government's petition for action on the conditions of the defendant's pretrial release. The defendant was ordered to appear before the court for a hearing to show cause why he should not be detained pending trial.

On September 7, 2011, the defendant appeared before the court, represented by Jason Harris, for a hearing to determine whether the defendant violated the terms and conditions of his pretrial release. From evidence presented, the court found as a fact that Omar M. Nijim has not willfully violated the conditions of pretrial release.

**IT IS ORDERED** that the conditions of release imposed on the defendant by the court are **MODIFIED** as follows:

1. The defendant must remain within the city limits of Greenville, North Carolina, until the conclusion of trial, without electronic monitoring.

2. The defendant must remain at the same hotel as presented during the hearing unless otherwise approved by the court.

3. The defendant shall have contact with the United States Probation office in Greenville, North Carolina, at least twice daily until the completion of trial.

**IT IS, THEREFORE, ORDERED** that the defendant be continued on pretrial release under the same conditions previously imposed, except as modified herein.

This the 7th day of September, 2011.

Malcolm J. Howard
Senior U.S. District Judge