IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-12-1H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | ORDER |
| | ) | |
| | ) | |
| NABIL NAFIZ MUSTAFA | ) | |

Upon motion of the Defendant and for good cause shown, the Court hereby ORDERS the Defendant's Unopposed Motion to Continue Sentencing and the Court's Order approving the motion filed herein be sealed until further order of the Court.

The Court further ORDERS that the Clerk of Court may provide copies to the Defendant's Counsel.

This the 24th day of October, 2011.

_____
MALCOLM J. HOWARD
SENIOR U.S. DISTRICT JUDGE