IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-12-2H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| EMAD HASAN TAWFIQ WSHAH | ) | |

Upon motion of the United States and for good cause shown, the Court hereby ORDERS the Government's Unopposed Motion to Continue Sentencing and the Court's Order approving the motion filed herein be sealed until further order of the Court.

The Court further ORDERS that the Clerk of Court may provide copies to the Office of the U.S. Attorney.

This the __1st__ day of November, 2011.

_____
MALCOLM J. HOWARD
SENIOR U.S. DISTRICT JUDGE