UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

FILE NO.: 4:11-cr-00012-H-5

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| OMAR M. NIJIM, ) | |
| Defendant. ) | |

Defendant's Motion to Release Sealed Material to counsel for the Defendant and to the Printer, to wit the Pre-Sentence report and Statement of Reasons, is hereby ALLOWED.

This the 9th day of January 2012.

Malcolm J. Howard
Senior U.S. District Judge