IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-12-4H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** FOR ABATEMENT |
| | ) | |
| SOBHI SULIEMAN SHEHADEH | ) | |

This matter having come before the Court by motion of the United States Attorney to abate the case against defendant SOBHI SULIEMAN SHEHADEH, and for good cause shown, it is hereby ORDERED that that this matter be abated.

IT IS SO ORDERED.

This 9th day of March, 2012.

_____
MALCOLM J. HOWARD
Senior, U.S. District Judge