IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:11-CR-12-1H
NO. 4:11-CR-12-2H

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| NABIL NAFIZ MUSTAFA | : |
| EMAD HASAN TAWFIQ WSHAH | : |

## ORDER OF FORFEITURE AS TO SUBSTITUTE ASSETS

WHEREAS, on unopposed motion by the Government, the following substitute assets are hereby forfeitable pursuant to 18 U.S.C. Section 981(a)(1)(C) and 982(a)(1):

### Substitute Assets

$410,096.00 in U. S. currency

$105,000.00 in U. S. currency

$3,161.00 in U. S. currency

$873,346.00 in U. S. currency

$490,000.00 in U. S. currency

$8,000.00 in U. S. currency

$160.00 in U. S. currency.

The above substitute assets are forfeited in partial substitution for the forfeited but unavailable sum of $2,463,529.80, said substitute assets value being $1,889,763.00 realized by the Government after the disposition of the substitute property.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that:

1. That based upon the Preliminary Orders for Forfeiture as to the defendants, Nabil Nafiz Mustafa and Emad Hasan Tawfiq Wshah, the interest of the defendants in the identified substitute assets, specifically, $1,889,763.00 in U. S. currency, is herewith forfeited to the United States for disposition in accordance with the law.

2. That any and all forfeited funds shall be deposited by the United States Marshal Service as soon as located or recovered into the Department of Justice Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e);

In respect to the dollar amount forfeited by the defendants but not in the possession of the Government, the Clerk is DIRECTED to enter a revised Judgment against such defendants for the amount forfeitable by the defendants, specifically, $573,766.80.

SO ORDERED. This 10th day of June, 2012.

MALCOLM J. HOWARD
Senior United States District Judge